RECEIVED
IN ALEXANDRIA, LA.

AUG 2 5 2014

TONY R. MOORE, CLERK
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH DEON BROWN | CIVIL ACTION NO. 14-0110 |
| VERSUS | JUDGE TRIMBLE |
| LINDA ASK-CARLSON, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED AS MOOT**, as Plaintiff is no longer incarcerated at the Federal Correctional Institution at Pollock, Louisiana.

**THUS DONE AND SIGNED,** at Alexandria, Louisiana, this 25th day of August, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE